USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Big Noise Sports, Inc.,

                    Plaintiffs,

      –v–

Beijing Media Network, *et al.*,

                    Defendants.

20-cv-06439 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On November 14, 2020, Defendants were served. Dkt. Nos. 20, 21. Defendants' responses to the Complaint were due December 15, 2020. *Id*. Defendants have not responded. If the Plaintiff intends to file a motion for default judgment, it shall do so by January 20, 2021.

SO ORDERED.

Dated: December 23, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge