UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Big Noise Sports, Inc.,

                    Plaintiff,

                  -against-

Beijing Media Network, et al.,

                    Defendants.
-----------------------------------------------------------X

20 CIVIL 6439 (AJN)

**DEFAULT JUDGMENT**

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated September 20, 2021, Plaintiff's Motion for Default Judgment (Dkt. No. 26) is GRANTED in part and DENIED in part. Plaintiff is awarded $300,000 in actual damages, $16,687.50 in attorney's fees, and $628.78 in costs for a total of $317,361.28; accordingly, the case is closed.

**DATED**: New York, New York
              September 20, 2021

                                                            **RUBY J. KRAJICK**
                                                               _____
                                                                 **Clerk of Court**

                                                    BY: _____
                                                                **Deputy Clerk**